**J. W. PHIPPS, Appellant,**

v.

**CITY OF WACO, Appellees.**

No. 3809.

Court of Civil Appeals of Texas.

Waco.

Sept. 15, 1960.

Pat Beard, Bill Logue, Waco, for appellant.

John F. Sheehy, Wiley W. Stem, Jr., O. M. Weatherby, Barney A. Garrett, Waco, for appellees.

McDONALD, Chief Justice.

This is an appeal by the appellant, J. W. Phipps, from a judgment entered against him by the 74th District Court of McLennan County, Texas. Appellant caused Transcript and Statement of Facts to be filed in this court on 29 July, 1960. Appellant has filed no brief and has not requested additional time to file same. On 9 September, 1960, appellees filed motion to dismiss this appeal. It is our view that such motion should be sustained and the instant appeal dismissed.

Accordingly, the cause is dismissed.

**UNITED STATES FIDELITY AND GUARANTY COMPANY,**
**Appellant,**

v.

**J. W. RITTER, Appellee.**

No. 3810.

Court of Civil Appeals of Texas.

Waco.

July 29, 1960.

Johnson, Guthrie & Stanfield, Dallas, for appellant.

Mays & Jacobs, Corsicana, for appellee.

McDONALD, Chief Justice.

This is an appeal from an order of the Trial Court overruling defendant's plea of privilege. Defendant gave notice of appeal and caused Transcript and Statement of Facts to be filed in this court. Prior to the time such cause was set for submission, defendant filed motion reciting that all matters in controversy had been settled, and requesting that the appeal be dismissed.

Accordingly, this cause is

Dismissed.